1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**MARCIA A. DEVON**
**DEVON & ASSOCIATES**
U.S.  Patent & Trademark Reg. 31,947
State Bar No. 91965
400 Oceangate, Suite 800
Long Beach, California 90802
Tel:    (562) 495-4000
Fax:    (562) 628-9274

Attorney for Plaintiff
SHANGRI LA TEA CO., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGRI LA TEA CO., INC., | **Case No.:** 2:10-cv-07481-PA (FFMx) |
| Plaintiff, | |
| vs. | [PROPOSED] **PERMANENT INJUNCTION** |
| SHANGRI-LA TEA Ltd.,  an Idaho Corporation TONI L. HODGE, an individual, and BOB HODGE, an individual, | **Hon. Percy Anderson** |
| Defendants. | |

Plaintiff Shangri-La Tea Company, Inc. ("Plaintiff") having commenced the present action including Lanham Act claims [15 USC 1051, 1125 et seq]  for infringement of a Federally-registered trademark, False Designation of Origin, Cyberpiracy, Common Law trademark infringement and Unfair Competition seeking an injunction and other relief against Defendant Shangri-La Tea Ltd., Bob and Toni Hodge ("Defendants"),

Defendants having entered into a Settlement Agreement with Plaintiff and having stipulated to entry of this Permanent Injunction prohibiting further use of the words "Shangri La" by defendants except as specified herein,

IT IS HEREBY ORDERED that Defendants, their agents, employees and representatives, and all persons acting in concert or in privity with any of them, are permanently enjoined from using "Shangri-La", alone or in combination with other words, symbols, or designs, in connection with the sale of beverages, including tea and coffee, and tea/coffee related accessories, except that: (i) Defendants may continue to operate and serve tea at their restaurant under their existing name "Shangri-La Tea Room & Vegetarian Café" and (ii) use the domain name "www.Shangri-LaTearoomandCafe.com" without objection from Plaintiff.

IT IS FURTHER ORDERED that the registration of the domain name "www.Shangri-La-Tea.com" shall be transferred by Defendants to Plaintiff within 120 calendar days from the Order herein.

IT IS SO ORDERED.

DATED: March 2, 2011

By _____

United States District Court Judge

---

4

STIPULATED PERMANENT INJUNCTION AND [PROPOSED] ORDER